IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:19CR00572 KGB |
| ) | |
| CLIFTON LOUIS WILLIAMS ET AL. ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendants prior to arrest and to protect officers executing the arrest warrants, the United States requests that the above-styled indictment be sealed until the defendants are in custody or have been released pending trial.

CODY HILAND
United States Attorney

*Benecia Moore*
BENECIA B. MOORE
AR Bar # 2006050
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
benecia.moore@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

October 2, 2019
DATE

_____
UNITED STATES MAGISTRATE JUDGE