UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00572 KGB |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| CLIFTON LOUIS WILLIAMS | ) | 21 U.S.C. § 841(b)(1)(A) |
| BRANDON DANNER | ) | 21 U.S.C. § 841(b)(1)(B) |
| CODY ALEXANDER CAPPS | ) | 21 U.S.C. § 841(b)(1)(C) |
| GABRIEL VINCENT ELLINGTON | ) | 18 U.S.C. § 922(g)(1) |
| CHRISTOPHER FAUCETTE | ) | 18 U.S.C. § 924(c)(1)(A) |
| GARRETT JOSEPH HARDIN | ) | |
| JACLYN BROOKS HARRIS | ) | |
| ZACHARY CLARK HIGGINS | ) | |
| MALCOLM XAVIER MEDLEY | ) | |
| LENN NELSON, JR. | ) | |
| JAKE WILLIAM PETERSON | ) | |
| AUSTIN TAYLOR PHILLIPS | ) | |
| TEZZERA MARIE ROBERTS | ) | |
| COLUNTAE DEVON SMITH | ) | |
| DONALD DEAN THOMAS, II | ) | |
| MATHES ANTHONY TILLINGHAST | ) | |
| JESSICA ANGEL VAIL | ) | |
| KATE MARIE VANVALKENBURG | ) | |
| ALLISON PAIGE WEIR | ) | |
| JONTE MARIE WILLIAMS | ) | |
| RASHARD ALLEX WILLIFORD | ) | |
| ANDREW WOOD ZUERLEIN | ) | |
| MATTHEW PAPEZ ZUERLEIN | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   From in or about June 2018 until in or about October 2019, in the Eastern District of Arkansas and elsewhere, the defendants,

CLIFTON LOUIS WILLIAMS
BRANDON DANNER
CODY ALEXANDER CAPPS
GABRIEL VINCENT ELLINGTON
CHRISTOPHER FAUCETTE
GARRETT JOSEPH HARDIN
JACLYN BROOKS HARRIS

ZACHARY CLARK HIGGINS
MALCOLM XAVIER MEDLEY
LENN NELSON, JR.
JAKE WILLIAM PETERSON
AUSTIN TAYLOR PHILLIPS
TEZZERA MARIE ROBERTS
COLUNTAE DEVON SMITH
DONALD DEAN THOMAS, II
MATHES ANTHONY TILLINGHAST
JESSICA ANGEL VAIL
KATE MARIE VANVALKENBURG
ALLISON PAIGE WEIR
JONTE MARIE WILLIAMS
RASHARD ALLEX WILLIFORD
ANDREW WOOD ZUERLEIN, and
MATTHEW PAPEZ ZUERLEIN

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

B.  With respect to CLIFTON LOUIS WILLIAMS, BRANDON DANNER, and GARRETT JOSEPH HARDIN, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

C.  With respect to CODY ALEXANDER CAPPS, GABRIEL VINCENT ELLINGTON, CHRISTOPHER FAUCETTE, JACLYN BROOKS HARRIS, ZACHARY CLARK HIGGINS, MALCOLM XAVIER MEDLEY, LENN NELSON, JR., JAKE WILLIAM PETERSON, AUSTIN TAYLOR PHILLIPS, TEZZERA MARIE ROBERTS, COLUNTAE DEVON SMITH, DONALD DEAN THOMAS, II, MATHES ANTHONY TILLINGHAST, JESSICA ANGEL VAIL, KATE MARIE VANVALKENBURG, ALLISON PAIGE WEIR,

JONTE MARIE WILLIAMS, RASHARD ALLEX WILLIFORD, ANDREW WOOD ZUERLEIN, and MATTHEW PAPEZ ZUERLEIN, the amount of controlled substances involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 40 grams or more, but less than 400 grams, of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 1, 2018, in the Eastern District of Arkansas, the defendant,

CLIFTON LOUIS WILLIAMS,

knowingly and intentionally distributed less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about August 6, 2018, in the Eastern District of Arkansas, the defendant,

CLIFTON LOUIS WILLIAMS,

knowingly and intentionally distributed less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about August 30, 2018, in the Eastern District of Arkansas, the defendant,

CLIFTON LOUIS WILLIAMS,

knowingly and intentionally distributed less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, to E.D., whose death resulted from the use of such substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about October 18, 2018, in the Eastern District of Arkansas, the defendant,

CLIFTON LOUIS WILLIAMS,

knowingly and intentionally distributed less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, to E.H., whose death resulted from the use of such substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about October 18, 2018, in the Eastern District of Arkansas, the defendant,

CLIFTON LOUIS WILLIAMS,

knowingly and intentionally possessed with intent to distribute less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

A. On or about October 18, 2018, the defendant,

CLIFTON LOUIS WILLIAMS,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Forgery in the Second Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-3392.

B. On or about October 18, 2018, in the Eastern District of Arkansas, the defendant,

CLIFTON LOUIS WILLIAMS,

knowingly possessed, in and affecting commerce, a firearm, that is: a Heritage, Rough Rider, .22 caliber revolver, bearing serial number G94784, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 8

On or about October 18, 2018, in the Eastern District of Arkansas, the defendant,

CLIFTON LOUIS WILLIAMS,

knowingly and intentionally possessed a firearm, that is: a Heritage, Rough Rider, .22 caliber revolver, bearing serial number G94784, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846, as set forth in Counts 1 and 6 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 9

On or about October 25, 2018, in the Eastern District of Arkansas, the defendant,

BRANDON DANNER,

knowingly and intentionally possessed with intent to distribute less than 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about October 25, 2018, in the Eastern District of Arkansas, the defendant,

CODY ALEXANDER CAPPS and TEZZERA MARIE ROBERTS,

knowingly and intentionally possessed with intent to distribute less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 11

On or about January 31, 2019, in the Eastern District of Arkansas, the defendant,

ALLISON PAIGE WEIR,

knowingly and intentionally distributed less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On or about January 31, 2019, in the Eastern District of Arkansas, the defendant,

ALLISON PAIGE WEIR,

knowingly and intentionally possessed with intent to distribute less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, or 12 of this Indictment, the defendants shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, or 12 of this Indictment, the defendants shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, or 12 of this Indictment, the defendants shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense

[End of text. Signature page attached.]