MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): _____

ARRAIGNMENT, Length of Hearing (minutes): ___9___

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

v.                              Case No.: 4:19CR00572-03 KGB     OCT 2 4 2019

Cody Alexander Capps

JAMES W McCORMACK, CLERK
By:_____
DEP CLERK

### PLEA AND ARRAIGNMENT REPORT

Plea Date: __10/24/2019__              Deft is __✓__ is not ____ in custody
Continued Until: _____        _____ Deft did not appear
Reason for continuance _____        _____ Clerk to issue warrant

---

### COUNSEL

Assistant U. S. Attorney : **Benecia B. Moore**
Defense Counsel: _Danny Glower_ _____ (Appointed / Retained)
Interpreter's Name: _____

---

### PLEA

TRIAL BEFORE DISTRICT COURT          CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty __✓_____       Not Guilty _____
Guilty (indicates desire)_____    Guilty _____
Nolo Contendere (desire)_____    Nolo Contendere _____

____✓____ Demands Trial by Jury        _____ Waives Jury Trial
                                        Deft agrees _____
                                        Govt agrees _____

---

### BAIL

Bail Set at _Released_ By: _BDun_ _____ Date: _____
_on conditions_

Bail Changed to: _____ By: _____ Date: _____

---

Number of Days estimated for Trial: **2 weeks (exclusive of defense)**
Estimated Trial Date: **11/25/2019 @ 9:30 a.m., before the Honorable Judge Kristine G.
Baker in Room 4C. All Pretrial Motions to be filed within the time specified within the
Pretrial Discovery Order, to be entered forthwith.**

---

Other: _____

**DATE: __10/24/2019__**          SO ORDERED: _____
                                   **U. S. MAGISTRATE JUDGE**