**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**            **Case No.  4:19-cr-00572 KGB**

**CLIFTON LOUIS WILLIAMS,** *et al.*                               **DEFENDANTS**

**ORDER**

Pending before the Court is defendant Kate Marie Vanvalkenburg's motion for continuance of the trial of this matter scheduled for November 25, 2019 (Dkt. No. 9).  All co-defendants in this matter except for defendant Austin Taylor Phillips also have trial settings scheduled for November 25, 2019.  Mr. Phillips is scheduled for trial on December 2, 2019.  No severance has been requested or granted in this matter on behalf of any of the defendants.

The Court has determined that, due to the number of defendants and attorneys involved in this matter, the most efficient manner in which to address the motion for continuance will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

It is therefore ordered that any defendant to this action opposing Ms. Vanvalkenburg's motion for continuance must file a response in opposition on or before ***November 5, 2019.***

The Court will assume that any defendant who does not file a response in opposition to the motion for continuance on or before November 5, 2019, joins in the motion for continuance and waives speedy trial requirements up to and including the next scheduled trial date.

It is so ordered this 29th day of October 2019.

                                                                    */s/ Kristine G. Baker*
                                                                    Kristine G. Baker
                                                                    United States District Judge