# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 30 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.   Case No.: 4:19CR00572-03 KGB

Cody Alexander Capps

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Cody Alexander Capps**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **Conspiracy to distribute and possess with intent to distribute a controlled substance (fentanyl), Possession with intent to distribute a controlled substance (fentanyl), as further explained in the attached documents.**

Date: October 3, 2019

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* 10-3-19, and the person was arrested on *(date)* 10-24-19
at *(city and state)* Little Rock AR.

Date: 10-24-19

_____ 31519
*Arresting officer's signature*

Waylon Looper DUSM
*Printed name and title*