## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**  **Plaintiff**

**v.**  Case No.: 4:19–cr–00572–KGB

**Cody Alexander Capps**  **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for June 25, 2020, at 10:00 AM before Judge Kristine G. Baker in Little Rock Courtroom # 4C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** May 12, 2020      AT THE DIRECTION OF THE COURT
    JAMES W. McCORMACK, CLERK

    **By:** Tracy M. Washington, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas